

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00113-CR

| | | |
|---|---|---|
| JOEY ABRAHAM MOOSO, Appellant | § | On Appeal from Criminal District Court No. 2 |
| | § | |
| V. | | of Tarrant County (1561923R) |
| | § | |
| | | October 24, 2019 |
| THE STATE OF TEXAS | § | |
| | | Opinion by Chief Justice Sudderth |
| | § | |
| | | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
 Chief Justice Bonnie Sudderth